UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## ZOOM CIVIL MINUTES

**Case No.**: 20-cv-04415-WHA (JCS)

**Case Name:** Daniel v. Atlas Field Services, LLC

**Date:** October 7, 2021  **Time:** 2 Hours

**Deputy Clerk:** Karen Hom  **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Stanley S. Mallison, Hector R. Martinez
**Attorney for Defendant:** Robert Cutbirth, Josue R. Aparicio

## ZOOM PROCEEDINGS

(X) Zoom Settlement Conference - Held

    ( ) Case Settled     ( ) Case Did Not Settle     ( ) Partial Settlement

( ) Further Zoom Settlement Conference

    ( ) Case Settled     ( ) Case Did Not Settle     ( ) Partial Settlement

( ) Zoom Scheduling Conference to set Settlement Conference

( ) Further Zoom Settlement Conference

( ) Discovery Conference – Lead Trial Counsel Meet and Confer

( ) Zoom Status Conference

( ) Other

**Notes:** Parties reached agreement in principle and will draft a settlement agreement. Further settlement conference set for 10/27/2021 at 10:00 AM, if necessary. Further settlement conference will be by Zoom Meeting. Parties can use the same Zoom Meeting information. Zoom Meeting ID: 161 664 4640. Passcode: 841312.

Parties in attendance: Homer Daniel, plaintiff. Ms. Bonita Land, General Counsel for Atlas.