UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER DANIEL and CHARLES STUCKER, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ATLAS FIELD SERVICES, LLC and CRAIG TAYLOR, <br><br> Defendants. | No. C 20-04415 WHA <br><br> **ORDER DENYING RENEWED MOTION FOR APPROVAL OF PAGA SETTLEMENT** |

In this wage-and-hour case, plaintiffs move for approval of the parties' settlement agreement under the Private Attorneys General Act of 2004, California Labor Code Section 2698 *et seq*. The proposed agreement would settle the PAGA claims of 40 aggrieved employees for a total of $17,500 (Dkt. No. 42).

This is the second time that plaintiffs have so moved. The first attempt was denied because the parties had agreed to release claims beyond those authorized by PAGA, including the individual claims of aggrieved employees (*see* Dkt. No. 41). At the corresponding motion hearing, plaintiffs' counsel agreed that the proposed release "could be read that way" (Dkt. No. 40). Plaintiffs were directed to correct the issues and try again (Dkt. No. 41).

Plaintiffs have now tried again, *but they have submitted the exact same settlement agreement that was previously rejected* (*compare* Dkt. No. 37-4 *with* Dkt. No. 42-4). The motion is accordingly **DENIED**. Counsel have made numerous mistakes in this case (*see* Dkt. Nos. 29, 41). Plaintiffs will therefore not be permitted to renew the motion. The motion hearing scheduled for August 18, 2022, is **VACATED**.

**IT IS SO ORDERED.**

Dated: August 9, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2