UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARRY BLACK,<br><br>            Plaintiff,<br><br>     v.<br><br>ATLAS FIELD SERVICES, LLC, et al.,<br><br>            Defendants. | Case No.   5:23-cv-00171-EJD<br><br>**JUDICIAL REFERRAL OF CASE FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable William Alsup for consideration of whether the case is related to Case No. 3:20-cv-04415-WHA, *Daniel v. Atlas Field Services, LLC*.

**IT IS SO ORDERED.**

Dated: April 19, 2023

_____
EDWARD J. DAVILA
United States District Judge